1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN CUSHMAN (NYBN 2256147)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: susan.cushman@usdoj.gov

8  Attorneys for Plaintiff

FILED

OCT 1 8 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,            )   No. CR 4-12-71129 KAW
                                     )   SIC
           Plaintiff,                )   PROPSOED ORDER AND STIPULATION
                                     )   FOR CONTINUANCE FROM OCTOBER
      v.                             )   18, 2012 TO NOVEMBER 30, 2012 AND
                                     )   EXCLUDING TIME FROM THE SPEEDY
LISANDRO VARGAS,                     )   TRIAL ACT CALCULATION 18 U.S.C. §
                                     )   3161 (H)(8)(A) AND WAIVING TIME
           Defendant.                )   LIMITS UNDER RULE 5.1
_____)

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment r preliminary hearing date of November 30, 2012, at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (b) from October 18, 2012 to November 30, 2012. The parties agree, and the Court finds and holds as follows:

   1. The defendant is currently in custody.

   2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(iv) to provide reasonable time necessary for effective preparation, taking into account

[ ]
[4-12-71129] KAW

FILED

OCT 18 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's best interest for the United States to indict the case during the normal 14-day time limit established by Rule 5.1.

5. The Court finds that, taking into the account of the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given theses circumstances, the Court finds that the ends of justice are served by excluding the period from October 18, 2012, to November 30, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate on November 30, 2012, at 9:30 a.m., and orders the period from October 18, 2012, to November 30 2012, be excluded from the time period for preliminary hearings under the Federal Rule of Criminal Procedure 5.1 and from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED

DATED: October 18, 2012

KEN WINE
Attorney for Defendant

SUSAN CUSHMAN
Assistant United States Attorney

IT IS SO ORDERED
DATED: 18 Oct 12

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[ ]
[4-12-71129] KAW