1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7205
      Fax: (415) 436-7234
7     E-Mail: chinhayi.cadet@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No. CR 4-12-71129 KAW
14                                     )
          Plaintiff,                   )    STIPULATION AND [PROPOSED]
15                                     )    ORDER FOR CONTINUANCE FROM
      v.                               )    DECEMBER 14, 2012, EXCLUDING
16                                     )    TIME FROM THE SPEEDY TRIAL ACT
   LISANDRO VARGAS,                    )    CALCULATION 18 U.S.C. §
17                                     )    3161(H)(8)(A), AND WAIVING TIME
          Defendant.                   )    LIMITS UNDER RULE 5.1
18  _____)

19                        **STIPULATION**

20        With the consent of the defendant, the parties jointly request that the arraignment and

21 preliminary hearing currently set for December 14, 2012 be re-scheduled for January 4, 2013, at

22 9:30 a.m.  The parties stipulate to a waiver of time for the preliminary hearing date under Federal

23 Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C.

24 § 3161(b) from December 14, 2012 to January 4, 2013.  The parties are currently engaging in

25 plea negotiations, and the defense is in the process of reviewing discovery and conducting its

26 investigation.  Consequently, the parties agree as follows:

27        1.      The defendant agrees to an exclusion of time under the Speedy Trial Act 18

28 U.S.C. § 3161(h)(7)(iv) to provide reasonable time necessary for effective preparation, taking

STIPULATION AND [PROPOSED] ORDER
CR 4-12-71129 KAW

1   into account the exercise of due diligence.

2        2.        The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1

3   for preliminary hearing.

4        3.        Counsel for the defense believes that postponing the preliminary hearing is in his

5   client's best interest, and that it is not in his client's best interest for the United States to indict

6   the case during the normal 14-day time limit established by Rule 5.1.

7

8   IT IS SO STIPULATED.

9   DATED: December 12, 2012                                          /s/

10                                                          KEN WINE
                                                            Attorney for Defendant

11
    DATED: December 12, 2012                                          /s/

12
                                                            CHINHAYI COLEMAN CADET
13                                                          Assistant United States Attorney

14

15                              **[PROPOSED] ORDER**

16        The Court finds as follows:

17        Based upon the foregoing stipulation and the parties' representation that they are

18  engaging in plea negotiations, reviewing discovery, and conducting investigation, the Court finds

19  that, taking into account the public interest in the prompt disposition of criminal cases, there is

20  good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal

21  Procedure 5.1, and to exclude time under the Speedy Trial Act.  The Court further finds that the

22  ends of justice served by excluding the period from December 14, 2012 to January 4, 2013,

23  outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. §

24  3161(h)(7)(A) and (B)(iv).

25        Accordingly, and with the consent of the defendant, the Court continues the preliminary

26  hearing date from December 14, 2012 to January 4, 2013, at 9:30 a.m., and orders that the period

27  from December 14, 2012 to January 4, 2013 be excluded from the time period for preliminary

28  ///

STIPULATION AND [PROPOSED] ORDER
CR 4-12-71129 KAW

1    ///

2    hearings under Federal Rule of Criminal Procedure 5.1 and from the Speedy Trial Act

3    calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4
     IT IS SO ORDERED.
5
     DATED: __12/12/12_____                    _Kandis Westmore_____
6                                                       HON. KANDIS A. WESTMORE
                                                        United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 4-12-71129 KAW